UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 24-1888

JOHN DOE, Plaintiff-Appellant,

v.

MASSACHUSETTS INSTITUTE OF TECHNOLOGY,

Defendant-Appellee.

---

## APPELLANT'S MOTION TO SEAL PRINCIPAL BRIEF PENDING SUPPLEMENTAL FILING WITH REDACTIONS

Appellant respectfully moves this Court to temporarily seal his principal brief for approximately 24 hours while he prepares a detailed motion to seal with specific proposed redactions.

1. This Court's May 12, 2025 Order requires Appellant to file his brief and "any necessary motion to seal" by June 11, 2025. No further extensions will be allowed.

2. The District Court sealed numerous materials in this case through orders dated July 22 and July 25, 2024, including references to Appellant's minority status and associated safety concerns that formed the basis for the original pseudonym request. Throughout the proceedings, both parties filed approximately 13 documents under seal, which the District Court maintained under seal pursuant to those orders.

3. First Circuit Local Rule 11.0 provides that briefs are public documents absent timely motion. Local Rule 11.0(c) requires that documents sought to be filed under seal be accompanied by a motion to seal.

4. To comply with this Court's deadline, Appellant submits his brief today with this temporary sealing request. Appellant is preparing to file within the week:

    a. A detailed motion to seal identifying specific sections requiring protection

    b. A public version of the brief with appropriate redactions, and

    c. A motion to supplement the brief with additional content that, despite most diligent efforts, Appellant was unable to include today, with a supporting declaration.

5. The detailed sealing motion requires completion of the final brief with the proposed supplements to identify and characterize the specific sections requiring redaction while maximizing public access to the legal arguments. Appellant commits to filing this comprehensive sealing proposal at the earliest possible moment tomorrow morning.

6. This temporary sealing maintains the status quo established by the District Court's extensive sealing regime for the minimal time required to prepare a narrowly tailored ongoing sealing proposal that balances public access with legitimate privacy concerns.

WHEREFORE, Appellant respectfully requests that this Court temporarily seal the principal brief filed herewith pending submission of a detailed sealing motion and public version of the brief with limited specific redactions.

Respectfully submitted,

Dated: June 11, 2025

/s/ John Doe
John Doe, Plaintiff-Appellant, pro se
John Doe
26 New Derby St #301
Salem, MA 01970
john.doe.cv11490@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that this document will be served on June 11, 2025 via postage paid, stamped, first class mail addressed to:

Daryl J. Lapp, Esq.

Locke Lord LLP

111 Huntington Avenue

Boston, MA 02199

/s/ *John Doe*

John Doe, Plaintiff-Appellant